# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ ECHEVERRIA, <br><br> Petitioner, <br><br> v. <br><br> JAMES JANECKA, et al., <br><br> Respondents. | Case No. 1:25-cv-01832-KES-SAB-HC <br><br> ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 7, 2026, the Court granted Petitioner's amended motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 28.)

The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding mootness issues, case management, and any proposed briefing schedule.

IT IS SO ORDERED.

Dated: **January 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge