# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ ECHEVERRIA, | Case No. 1:25-cv-01832-KES-SAB-HC |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| JAMES JANECKA, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 7, 2026, the Court granted Petitioner's amended motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 28.) On January 214, 2026, the parties submitted a joint statement "request[ing] that the Court set the following briefing schedule: (1) the Respondents shall file a return in opposition to the petition by June 1, 2026, and (2) the Petitioner shall file a traverse in reply by June 22, 2026." (ECF No. 30 at 2.)

///

///

///

Accordingly, the Court HEREBY ORDERS that:

1. Respondents SHALL FILE a return in opposition to the petition by June 1, 2026; and
2. Petitioner SHALL FILE a traverse in reply by June 22, 2026.

IT IS SO ORDERED.

Dated: **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2